IRELL & MANELLA LLP
Michael G. Ermer (110496)
Jonathon Maddern (324057)
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324,
Telephone: (949) 760-0991

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEATFRAME INC., a Delaware corporation,<br><br>Plaintiff(s),<br>v.<br>STRAY ELECTRONS LLC, a California limited liability company,<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-10358-DDP-RAO<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 9, 2021                    /s/ Michael G. Ermer
*Date*                              *Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*